### 14147.  RUSSELL *v.* WINEBURG.

JENKINS, P. J.  This was a suit in the municipal court of Macon for
"Bal. to Mdse. as per acct. stated, $9.00, which deft. promised to
pay, but which he failed to pay." The defendant specially demurred
to the use of the words "Balance to merchandise" in the statement,
and the demurrer was overruled.  The evidence of the plaintiff that
the defendant had acknowledged the correctness of the account and
had agreed to pay it, and of another person to the same effect, was
entirely uncontradicted.  The trial judge directed a verdict for the
plaintiff, for the amount sued for, and the judge of the superior court
refused to sanction the defendant's petition for certiorari.  *Held*:

1. The use of the words "Bal. to Mdse.," in the statement attached to
the summons, did not render it subject to special demurrer as evi-
dencing a misjoinder of causes.
2. "An account stated is an agreement between persons who have had
previous transactions, fixing the amount due in respect of such trans-
actions, and promising payment." *Moore* v. *Hendrix*, 144 *Ga.* 646 (1
a) (87 S. E. 195).  "Originally an account stated presupposed mu-
tual or counter accounts.  The present rule, however, is that mu-
tuality is not a prerequisite of an account stated." 1 R. C. L. 209 (§
6).                *Judgment affirmed.  Stephens and Bell, JJ., concur.*
                        DECIDED MAY 21, 1923.

Petition for certiorari; from Bibb superior court — Judge
Malcolm D. Jones.  November 28, 1922.

*D. L. Churchwell,* for plaintiff in error.